UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:10-cr-127-T-23TGW

DOMINGO DeLEON
_____/

**FINAL JUDGMENT OF FORFEITURE**

The United States moves pursuant to 18 U.S.C. § 982(a)(6), 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, for a final judgment of forfeiture as to a 2007 Chevrolet Suburban, VIN: 3GNFC16077G240321.

An August 31, 2010, order (Doc. 50) forfeits to the United States all of DeLeon's interest in the vehicle, and DeLeon's October 7, 2010, judgement (Doc. 62) includes forfeiture of the vehicle.

In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, from September 2, 2010, through October 1, 2010, the United States published notice of the forfeiture and of its intent to dispose of the vehicle on the official government website, www.forfeiture.gov (Doc. 57).  The publication notified all third-parties with a legal interest in the vehicle to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

On November 3, 2010, the United States and JP Morgan Chase Auto Finance entered into a "Stipulated Settlement Agreement" (Doc. 65) in which the United States recognizes that JP Morgan Chase has a prior vested or superior interest in the vehicle through a motor vehicle retail installment contract.  The parties agree to settle all of JP Morgan Chase's interest in the vehicle, and JP Morgan Chase agrees to entry of a final judgment of forfeiture.

Other than JP Morgan Chase, no party or entity is known to have an interest in the vehicle, no other third-party has filed a petition or claimed an interest in the vehicle, and the time for filing such a petition is expired.  Accordingly, the United States' motion (Doc. 66) is **GRANTED**.  Under the provisions of 18 U.S.C. § 982(a)(6), 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the vehicle is condemned and forfeited to the United States for disposition according to law.  Clear title to the vehicle is now vested in the United States.

ORDERED in Tampa, Florida, on November 5, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE